### EDGAR v. CLASON et al.

(Supreme Court, Appellate Term. May 1, 1900.)

APPEAL—REQUEST FOR DIRECTED VERDICT—SUBMISSION TO JURY.
> Where a party to a suit asks the court at the close of the case to direct a verdict in his favor, he cannot on appeal complain of a failure to submit issues to the jury.

Appeal from city court of New York, general term.

Action by Ellis F. Edgar against Augustus Clason and others. From a judgment of the general term (62 N. Y. Supp. 1136) affirming judgment for plaintiff, defendant Clason appeals. Affirmed.

Argued before TRUAX, P. J., and SCOTT and DUGRO, JJ.

Kellogg, Rose & Smith, for appellant.
Chas. S. Bloomfield, for respondent.

PER CURIAM. This appeal is without merit. By asking the court to direct a verdict in his favor, the appellant conceded that there was no question of fact which should be submitted to the jury. None of the exceptions were well taken.

Judgment and order affirmed, with costs.